Case 2:06-cv-02044-FCD-EFB   Document 3   Filed 09/19/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON THORNTON,

        Petitioner,                       No. CIV S-06-2044 FCD EFB P

        vs.

FRESNO COUNTY SHERIFF'S DEPARTMENT,

        Respondent.                    ORDER

/

        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has neither paid the filing fee nor sought leave to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914(a), 1915.

        Petitioner challenges a conviction in the Fresno County Superior Court and so this action should have been commenced in the district court in Fresno. *See* Local Rule 3-120(d).

        Accordingly, it is hereby ordered that:

        1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno. *See* Local Rule 3-120(f).

        2. The Clerk of Court shall assign a new case number;

////

1  3. The new case number is _____. All future filings shall bear the new case
2 number and shall be filed at:

3  United States District Court
   Eastern District of California
4  1130 "O" Street
   Fresno, CA 93721

6 Dated: September 19, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE